## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER MACKEY**                                                        **PLAINTIFF**

**v.**                          **Case No**. **4:24-cv-00350 - KGB**

**CITY OF PINE BLUFF**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Christopher Mackey's claims brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*., and the Arkansas Civil Rights Act, Arkansas Code Annotated § 16-123-101, *et seq.*, are dismissed with prejudice.  Mackey's claims brought pursuant to Arkansas Code Annotated § 11-9107 for Workers' Compensation retaliation are dismissed without prejudice.  The relief requested is denied.

It is so adjudged this 31st day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge